DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ABELS v. RENFRO CORP.

No. 33PA93

Case below: 108 N.C.App. 135

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 11 March 1993.

BEST v. N.C. STATE BOARD OF DENTAL EXAMINERS

No. 8P93

Case below: 108 N.C.App. 158

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

BLANKLEY v. WHITE SWAN UNIFORM RENTALS

No. 399P92

Case below: 107 N.C.App. 751

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

BOWLIN v. DUKE UNIVERSITY

No. 11P93

Case below: 108 N.C.App. 145

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.

BUNCH v. BUNCH

No. 37P93

Case below: 108 N.C.App. 354

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 March 1993.